UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 07-20001

vs.                                            HON. LAWRENCE ZATKOFF

PAUL M. WOLF,

        Defendant.
_____/

**ORDER**

On February 12, 2008, Defendant pleaded guilty to two counts of income tax evasion. The matter is currently scheduled for sentencing on May 21, 2008. On April 14, 2008, Defendant submitted Objections to the Presentence Investigation Report. Defendant's objection contains over fifty pages of exhibits, including a detailed report by the Internal Revenue Service. On May 14, 2008, the government submitted its Memorandum in Response to Defendant's Objections to Presentence Investigation Report. In order for the Court to review all of these materials thoroughly and appropriately,

IT IS HEREBY ORDERED that Defendant's sentencing is adjourned until June 3, 2008, at 2:30 p.m.

IT IS SO ORDERED.

                                                      s/Lawrence P. Zatkoff
                                                      LAWRENCE P. ZATKOFF
                                                      UNITED STATES DISTRICT JUDGE

Dated: May 16, 2008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 16, 2008.

                                              s/Marie E. Verlinde  
                                              Case Manager  
                                              (810) 984-3290