UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                       Case No. 07-20001

vs.                                   HON. LAWRENCE ZATKOFF

PAUL M. WOLF,

       Defendant.
_____/

**NOTICE OF SENTENCING HEARING AND
COURT'S INTENT TO IMPOSE UPWARD VARIANCE**

On February 12, 2008, Defendant pleaded guilty to two counts of income tax evasion. The matter is currently scheduled for sentencing on May 21, 2008. After reviewing the Presentence Investigation Report and the parties' sentencing memoranda, the Court concludes that an upward variance may be appropriate in this matter.

Accordingly, IT IS HEREBY ORDERED that the sentencing of Defendant shall be rescheduled to June 3, 2008, at 2:30 p.m. In addition, pursuant to Federal Rule of Criminal Procedure 32(h), the parties are hereby given NOTICE OF THE COURT'S INTENT TO IMPOSE AN UPWARD VARIANCE grounded in the nature and the circumstances of Defendant's offense, the need for the sentence to reflect the seriousness of the crime so as to provide just punishment and respect for the law, the need for sufficient deterrence, and "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a).

IT IS SO ORDERED.


                                                s/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated: May 16, 2008

## CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 16, 2008.


                                                s/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290